IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of<br><br>STEVIE L WEBSTER-THOMAS<br><br>Debtor. | NO.   19-36415<br>CHAPTER 13<br><br>JUDGE DAVID D. CLEARY<br>Hearing Date: 1/13/2020 @ 9:30 a.m. |

OBJECTION TO DEBTOR'S MOTION TO IMPOSE AUTOMATIC STAY

Now comes TIDEWATER FINANCE COMPANY, its successors and/or assigns, (hereinafter referred to as "TIDEWATER"), a creditor herein, by TERRI M. LONG, its attorney, and objects to the Debtor's Motion to Impose Automatic Stay.   In support thereof, creditor respectfully represents as follows:

1. On December 30, 2019, the Debtor herein filed a petition for relief pursuant to Title 11, Chapter 13, United States Code.

2. On January 26, 2018, the Debtor entered into a Retail Installment Sale Contract with Larry Roesch Chrysler to finance the purchase of a certain 2016 Nissan Sentra motor vehicle, and the contract was assigned to Tidewater Motor Credit. The payoff balance as of the petition date is $18,291.65.

3. This is Debtor's *third* case pending but dismissed within the past year, and therefore there is no stay, pursuant to 11 U.S.C. §362(c)(4)(A)(i).

4. This case is actually the *fifth* case filed by Debtor since January 23, 2018.

5. All four of Debtor's prior cases were unsuccessful, in that they were dismissed in rapid fashion for Debtor's failure to comply with her duties under the code. This includes a *Chapter 7* case that was dismissed for Debtor's failure to attend three §341 meetings of creditors.

6. Debtor's filing history is as follows:

    - Case No. 19-28023 filed on 10/2/2019 and dismissed without confirmation on 12/2/2019 for unreasonable delay including Debtor's failure to attend a §341 meeting of creditors, failure to make any plan payments and failure by the Debtor to submit tax documents.

    - Case No. 19-10272 filed on 4/9/2019 and dismissed without confirmation on 9/23/2019 for Debtor's unreasonable delay.

    - Case No. 18-29391 filed on 10/18/2018 and dismissed on 12/10/2018 for Debtor's unreasonable delay.

    - Case No. 18-01848, a Chapter 7, dismissed on 6/25/2018 for Debtor's failure to attend *three* §341 meetings of creditors.

7. Since purchasing the vehicle, the Debtor has failed to make even one timely contract payment to TIDEWATER but has had the use and enjoyment of this vehicle for nearly two years.

8. The account is past due in the amount of $6,245.34.

9. In addition, as of 12/31/2019, there is no insurance coverage protecting this vehicle, and Movant's interest therein.

10. Debtor has had the same employment for at least three years and throughout all of these filings, yet has failed to make plan payments or *any* payments to Movant.

11. Debtor's motion blames the failure of her two prior cases on "poor communication" with her attorney and in one case her "difficulties receiving the last four years of tax returns or tax return transcripts."

12. The stated reasons do not rebut the presumption imposed by the code that this case was filed not in good faith. *See,* 11 U.S.C. §362(c)(4)(B).

13. Debtor has not acted in good faith *vis a vis* this creditor *from the date of purchase* and throughout her four prior cases.

14. In addition, TIDEWATER has taken possession of the vehicle *twice* within 10 months (returning it to Debtor in the last case, to comply with the case law in this circuit), and has incurred significant costs in addition to the lack of contract payments.

15. In fact, Tidewater is currently in possession of the vehicle, having lawfully repossessed it on December 26, 2019.

16. Tidewater opposes the imposition of the stay as it applies to this creditor.

WHEREFORE, TIDEWATER FINANCE COMPANY, its successors and/or assigns, prays that this Honorable Court enter an Order denying Debtor's motion to impose automatic stay as it applies to this creditor, and for such other and further relief as this Court may deem just.

                                              TIDEWATER FINANCE COMPANY

                                              BY: _____/s/ Terri M. Long_____
                                                        TERRI M. LONG

Terri M. Long
LAW OFFICES OF TERRI M. LONG
2056 Ridge Road
Homewood, Illinois  60430
Phone: (708) 922-3301
Fax: (708) 922-3302
Atty. for TIDEWATER FINANCE COMPANY, its Successors and/or Assigns

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2020, I electronically filed the foregoing Objection to Debtor's Motion to Impose Automatic Stay with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

David M. Siegel, Attorney for Debtor
Marilyn O. Marshall, Chapter 13 Trustee

And I certify that I have mailed by United States Postal Service the Objection to Debtor's Motion to Impose Automatic Stay to the following non-ECF participants on the same date:

Stevie L. Webster-Thomas
5000 S. 5th Avenue
Bldg. 242, Apt. 354
Hines, IL 60141
Debtor.